```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC#: _____
UNITED STATES DISTRICT COURT                    DATE FILED:  8/16/2022
SOUTHERN DISTRICT OF NEW YORK
```

-------------------------------------------------------------------------

ALBERTO GALVEZ
and other similarly situated,                              21-cv-09400 (ALC)

                                    Plaintiffs,     ~~PROPOSED~~ OFFER OF JUDGMENT

        -against-

CLASSIC FOOD INC. and SIDO GRILL LCC
d/b/a SIDO FALAFEL & MORE and
EMILE AKLEH, *individually*

                                      Defendants.
--------------------------------------------------------------------------X

WHEREAS on August 8, 2022, Defendants Classic Food Inc., Sido Grill LLC and Emile Akleh extended to Plaintiff Alberto Galvez an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $35,000.00, and whereas said Plaintiff accepted said offer on August 8, 2022

        JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of $35,000.00

Dated: August ~~8~~ **16**, 2022
        New York, New York

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE